UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TRAVIS SEATON,

      Petitioner,

v.                                     Case No. 14-C-945

BRIAN FOSTER,

      Respondent.

**ORDER**

On August 4, 2014, Travis Seaton filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his state court conviction. At the same time, Seaton has filed a petition for certiorari before the United States Supreme Court. Until the Court acts on Mr. Seaton's petition, it would appear that the present action is premature. Given the one-year statute of limitations on § 2254 actions, however, counsel for Seaton has filed the petition to guard against the one-year period expiring. Apparently, he has only a few weeks of the original one-year left.

Based upon the foregoing, the court concludes that the current action should be stayed pending a determination by the United States Supreme Court whether Seaton's petition for certiorari will be granted. Accordingly, the Clerk is directed to administratively close this file until further order of the court. Counsel for the petitioner is directed to advise the court immediately upon learning of the Supreme Court's decision concerning his petition.

**SO ORDERED** this __3rd__ day of October, 2014.

                                                                s/ William C. Griesbach
                                                           William C. Griesbach, Chief Judge
                                                           United States District Court